IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Abdul Rufai,<br><br>       Plaintiff,<br><br>vs.<br><br>Braden Manufacturing, L.L.C., a limited liability company, Bill Edwards, Larry Edwards, Jack Silver, Sharon Lawrence, Darwin Whisenhunt and Gene Schockemoehl,<br><br>       Defendant. | Case No.: CIV04CV513P(M) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Abdul Rufai, and Defendants, Braden Manufacturing, L.L.C., Bill Edwards, Larry Edwards, Jack Silver, Sharon Lawrence, Darwin Whisenhunt and Gene Schockemoehl, through their respective counsel, hereby stipulate to and give notice of dismissal of this action with prejudice, including all claims that were or might have been asserted in this action. Except as otherwise provided in the parties' settlement agreement, each party shall bear his, her or its own attorneys' fees and costs.

Dated this 9th day of February, 2005.

_____
Daniel E. Smolen, OBA #19943
WOODWARD LAW OFFICE
2727 E. 21st St., Suite 505
Tulsa, OK 74114
(918) 742-0002
(918) 742-0015 Facsimile
Attorney for Plaintiff, Abdul Rufai

_____
Jo Anne Deaton, OBA #5938
RHODES, HIERONYMUS, JONES
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
Attorney for Defendants, Braden
Manufacturing, L.L.C., Bill Edwards, Larry
Edwards, Jack Silver, Sharon Lawrence,
Darwin Whisenhunt and Gene
Schockemoehl